

FILED
JAN 2 5 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL LABRIE,<br><br>Defendant. | CR 16-45-BLG-SPW<br><br>ORDER |

For the reasons stated on the record on January 25, 2017,

IT IS HEREBY ORDERED that sentencing currently scheduled for January 25, 2017 at 10:30 a.m. is **VACATED** and reset to commence on **Thursday, February 2, 2017 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 25th day of January, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE