IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MICHAEL LABRIE,<br><br>Defendant. | CR 16-45-BLG-SPW<br><br>ORDER |

Due to the Defendant's current medical status,

IT IS HEREBY ORDERED that the Arrest Warrant (Doc. 56) issued by this Court on June 23, 2020 is **QUASHED**.

DATED this 27th day of August, 2020.

SUSAN P. WATTERS
United States District Judge

1